STATE v. QUEENIE PERRY BROWN.

(Filed 13 April, 1960.)

APPEAL by defendant from *Bickett, J.,* September 1959 Criminal Term, of WAKE.

Criminal prosecution upon a bill of indictment charging murder of one George Brown.

Plea—Not guilty.

The Solicitor for the State did not ask for verdict of murder in first degree, but did ask for verdict of murder in second degree or manslaughter as the jury should find the facts to be.

Upon trial in Superior Court the State offered evidence tending to show that defendant and her husband, the deceased, on the morning of 15 August 1959, were heard to be fussing in their house; that he was seen to come out of the door, followed by defendant who hit him back of the head with a rifle butt and, upon his turning to face her she shot him in the stomach—inflicting injury from which he died.

Defendant on other hand testified and contended contrariwise.

Verdict: Guilty of manslaughter.

Judgment: That the defendant be confined in the quarters provided for women by the State prison Department under the provisions of G.S. 148-27 for the term of not less than seven years nor more than ten years.

Defendant excepted to and appeals therefrom to Supreme Court, and assigns error.

*Attorney General Bruton, Assistant Attorney General Harry McGalliard for the State.*

*Herman L. Taylor, Samuel S. Mitchell for defendant, appellant.*

PER CURIAM. The case was properly presented to the jury. And the assignments of error duly considered fail to reveal prejudicial error for which a new trial should be granted. Hence in the judgment from which appeal is taken, there is

No error.